**Donald D. duBoulay**                   **305 Broadway, Suite 602**
  Attorney at Law                         New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com



August 26, 2021

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/26/2021

Re: United States v. Luis Garcia
      20 Cr. 667 (VEC)

Dear Judge Caproni:

      This Court has recently rescheduled Luis Garcia's appearance in the above referenced matter to September 20, 2021 at 11:00 a.m. I write to inform to Court that I have a previously scheduled appearance on September 20, 2021 at 11:00 a.m. in New York State Supreme Court. It is anticipated that that matter should will last for approximately one hour. Thus, I respectfully request that the Court reschedule Mr. Garcia's appearance to a later time on the aforementioned day or to another day, convenient to the Court. The Government consents to this application

                                               Respectfully submitted,
                                                        /s/
                                                   _____
                                                   Donald duBoulay
                                                   Attorney for Luis Garcia
                                                  305 Broadway, Suite 602
                                                 New York, New York 10007
                                                 (212) 966 3970

cc: Christopher Clore
     Luis Garcia (via mail)

> Application GRANTED. The change of plea hearing is adjourned to **September 20, 2021 at 2:00 p.m.**

                                      SO ORDERED.

                                       *[signature: Valerie Caproni]*
                                                   8/26/2021

                                      HON. VALERIE CAPRONI
                                      UNITED STATES DISTRICT JUDGE