**Donald D. duBoulay**                       305 Broadway, Suite 602
  Attorney at Law                            New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

October 8, 2021

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

Re: United States v. Luis Garcia
     20 Cr. 667 (VEC)

Dear Judge Caproni:

     I represent Luis Garcia. Mr. Garcia respectfully requests that the Court amend the conditions of his bail, to permit him to leave his residence to seek temporary employment until his sentencing hearing on January 12, 2021.

     On February 3, 2021, Mr. Garcia's bail conditions were set, inter alia, as follows: a $100,000.00 personal recognizance bond (PRB) signed by three financially responsible persons, home incarceration with electronic monitoring as determined by the pre-trial office and the usual travel restrictions. Mr. Garcia has been in compliance with the terms of the bond.

     Mr. Garcia requests that a curfew as determined by the pretrial office be set to allow Him to seek employment as a laborer at a moving company. He is also applying for a position at a fast food restaurant.

     I have conferred with the Government and Garcia's pre-trial officer. The Government does not object to this request and the pre-trial officer defers to the judgment of the Government. He takes no position.

                                                       Respectfully submitted,
                                                               /s/

                                                        Donald duBoulay

cc: Christopher Clore, AUSA
    Mohammad Ahmad, Pretrial Services Officer

> Application GRANTED. Mr. Garcia is directed to coordinate his curfew and employment with his Pre-Trial Services Officer.

SO ORDERED.

*Valerie Caproni*   10/8/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE