**MEMO ENDORSED**

| | |
|---|---|
| **Donald D. duBoulay** | 305 Broadway, Suite 602 |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:    dondubesq@aol.com

November 2, 2022

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022
```

Re: United States v. Luis Garcia
    20 Cr. 667 (VEC)

Dear Judge Caproni:

    I write to respectfully request that Mr. Luis Garcia's passport, which he surrendered to Pretrial services as a condition of his bail be returned to his Mother, Ms. Maya Castillo. On January 21, 2022, this court sentenced Mr. Garcia to a sixty-month term of imprisonment. Mr. Garcia is presently serving his sentence. Thus he respectfully requests that his mother be allowed to retrieve his passport from pre-trial services.

                                                         Respectfully submitted,
                                                              /s/
                                                      _____

                                                     Donald duBoulay
                                                     Attorney for Luis Garcia
                                                     305 Broadway, Suite 602
                                                     New York, New York 10007
                                                     (212) 966 3970

cc: Luis Garcia (via mail)

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*    Date: 11/3/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE