USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
UNITED STATES OF AMERICA :
: 20-CR-667 (VEC)
-against- :
: ORDER
LUIS GARCIA, :
Defendant. :
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 24, 2026, Mr. Garcia appeared before the Court for a status conference on a violation of probation report dated October 28, 2026, and a proposed modification to the conditions of supervised release;

IT IS HEREBY ORDERED that as an additional condition of supervised release, Mr. Garcia must participate in inpatient substance use treatment beginning in January 2027 on a date to be set by the Probation Department.

IT IS FURTHER ORDERED that Mr. Garcia must continue to participate in outpatient substance use treatment until he begins inpatient treatment. If Mr. Garcia fails to attend outpatient treatment, the Probation Department must immediately inform the Court.

**SO ORDERED.**

**Date: November 24, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**